| | |
|---|---|
| COMSTOCK, THOMPSON, KONTZ & BRENNER<br>Thornton Kontz, Esq. - SBN 118121<br>Nathan C. Benjamin, Esq. - SBN 197859<br>340 Soquel Ave., Ste. 205<br>Santa Cruz, CA 95062<br>(831) 427-2727 / Fax: (831) 458-1165<br><br>Attorneys for Plaintiff,<br>THOMAS BARGETTO | |

IN **THE UNITED** STATES DISTRICT **COURT**

FOR **THE NORTHERN** DISTRICT OF CALIFORNIA

SAN JOSE **BRANCH**

| | |
|---|---|
| THOMAS BARGETTO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE, STEPHANIE VOMVOLAKIS and DOES 1-10, Inclusive,<br><br>    Defendants. | CASE NO. CO3 03262 PVT<br><br>**STIPULATION**   AND ORDER |

The parties in the above-captioned action, THOMAS BARGETTO ("Bargetto"), and the UNITED STATES POSTAL SERVICE (USPS), by their counsel, hereby stipulate and agree as follows:

The parties are engaged in expert discovery. It has come to the attention of counsel that a brief period of additional time may be necessary to complete the Designation of Rebuttal Experts with Reports and the depositions of said experts. Presently, Designation of Rebuttal Experts with Reports is to occur on or before July 15, 2005. The cutoff for expert discovery is set for August 5, 2005. Thus, the parties hereby request that the date for Designation of Rebuttal Experts with Reports be re-set to July 20, 2005, and that the date for completion of expert discovery be re-set to August 19, 2005. The parties do not anticipate that these changes will have an effect on any of the other dates stated in this Court's Case Management Order dated January 25, 2005. Thus, the parties respectfully request this Court so order.

1

STIPULATION

stip re plaintiff exper.wpd

IT IS SO STIPULATED AND AGRE

Dated: 7-13-05

NATHAN C. BENS IN,
Attorney for Plaintiff

KEVIN V. RYAN
UNITED STATES ATTORNEY

Dated: July 13, 2005

LAIRS T. CORIVIIER
Assistant United States Attorney
Attorney for Defendants

IT IS HEREBY ORDERED that the Designation of Rebuttal Experts with Reports is set for July 20, 2005, and that the Expert Discovery Cutoff is set for August 19, 2005.

Dated: July 14, 2005

/s/ Patricia V. Trumbull

PATRICIA V. TRUMBULL,
United States Magistrate Judge

2

**STIPULATION**

stip re plaintiff expert.wpd