```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       Claire.Cormier@usdoj.gov
7
   Attorneys for Defendant
8  United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BARGETTO, | Case No. C 03-~~03263~~ *03262* PVT |
| Plaintiff, | STIPULATION OF SETTLEMENT; [~~PROPOSED~~] ORDER |
| v. | |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff Thomas Bargetto and defendant United States of America, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled personal injury action under the terms and conditions set forth herein.

2. The United States of America, defendant, agrees to pay to the plaintiff the sum of $350,000 (Three Hundred Fifty Thousand Dollars), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen

STIPULATION RE SETTLEMENT; [PROPOSED] ORDER
Case No. C 03-03262 PVT

-1-

1  bodily and personal injuries, damage to property and the consequences thereof, resulting, and to
2  result, from the same subject matter that gave rise to the above-captioned lawsuit, for which
3  plaintiff or his heirs, executors, administrators, or assigns, and each of them, now have or may
4  hereafter acquire against the United States of America or its agents, servants, and employees.

5      3. Plaintiff and his heirs, executors, administrators or assigns hereby agree to accept the sum
6  of $350,000 (Three Hundred Fifty Thousand Dollars) in full settlement and satisfaction of any
7  and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from,
8  and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal
9  injuries, damage to property and the consequences thereof which they may have or hereafter
10 acquire against the United States of America or its agents, servants and employees on account of
11 the same subject matter that gave rise to the above-captioned lawsuit.  Plaintiff and his heirs,
12 executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the
13 United States of America and its agents, servants or employees from any and all such causes of
14 action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from
15 further litigation or the prosecution of claims by plaintiff or his heirs, executors, administrators or
16 assigns against any third party or against the United States of America.

17     4. This stipulation for compromise settlement is entered into by all parties for the purpose of
18 compromising disputed claims and avoiding the expenses and risks of litigation.  This settlement
19 does not constitute an admission of liability or fault on the part of the defendant.

20     5. This agreement may be pled as a full and complete defense to any subsequent action or
21 other proceeding which arises out of the claims released and discharged by the agreement.

22     6. It is also agreed, by and among the parties, that the settlement amount of $350,000 (Three
23 Hundred Fifty Thousand Dollars) paid by the United States of America to plaintiff represents the
24 entire amount of the compromise settlement and that the respective parties will each bear their
25 own costs, fees, and expenses and that any attorneys' fees owed by the plaintiff will be paid out
26 of the settlement amount and not in addition thereto.

27     7. It is also understood by and among the parties that, pursuant to Title 28, United States
28

STIPULATION RE SETTLEMENT; [PROPOSED] ORDER
Case No. C 03-03262 PVT

1  Code, Section 2678, attorneys' fees for services rendered to plaintiff in connection with this
2  action shall not exceed 25 per centum of the amount of the compromise settlement.
3      8. Payment of the settlement amount will be made by a check payable to Comstock,
4  Thompson, Kontz & Brenner.
5      9. Plaintiff is advised that settlement checks are often not available for eight to ten weeks
6  after approval of the settlement by the court.  Counsel for the United States of America will
7  notify plaintiff's counsel when the settlement check is available.  Within ten (10) days of such
8  notification, plaintiff agrees that he will cause his attorneys to execute and provide to defense
9  counsel, a stipulation of dismissal with prejudice of plaintiff's complaint.  Within ten (10) days
10 of receipt of the plaintiff's stipulation of dismissal, the United States of America will deliver the
11 above-referenced settlement check to plaintiff's counsel.
12     10. Plaintiff hereby releases and forever discharges the United States Postal Service, the
13 United States of America and any and all of their past and present officials, employees, agents,
14 attorneys, their successors and assigns, from any and all obligations, damages, liabilities, actions,
15 causes of actions, claims and demands of any kind and nature whatsoever, whether suspected or
16 unsuspected, at law or in equity, known or unknown, arising out of the allegations set forth in
17 plaintiff's pleadings in this action.
18     11.  The provisions of California Civil Code Section 1542 are set forth below:
19     "A general release does not extend to claims which the creditor does not know or suspect
20       to exist in his favor at the time of executing the release, which if known by him must
21       have materially affected his settlement with the debtor."
22 Plaintiff, having been apprised of the statutory language of Civil Code Section 1542 by his
23 attorneys, and fully understanding the same, nevertheless elects to waive the benefits of any and
24 all rights he may have pursuant to the provision of that statute and any similar provision of
25 federal law.  Plaintiff understands that, if the facts concerning injuries or liability for damages
26 pertaining thereto are found hereinafter to be other than or different from the facts now believed
27 by him to be true, the Agreement shall be and remain effective notwithstanding such material
28

STIPULATION RE SETTLEMENT; [PROPOSED] ORDER
Case No. C 03-03262 PVT

1 | difference.

2 | 12. The parties agree that this stipulation is intended to be a full and final settlement of all claims arising out of the allegations set forth in plaintiff's pleadings in this action. Plaintiff agrees to indemnify and hold harmless defendant United States of America from any and all claims, demands, obligations, liens, and lawsuits brought against the United States of America, its agencies or employees, including but not limited to the United States Postal Service, arising out of the allegations set forth in plaintiff's complaint in this action.

13. This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that the agreement has been freely and voluntarily entered into by the parties hereto with the advice of counsel, who have explained the legal effect of this agreement. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Agreement. This Agreement may not be altered, modified or otherwise changed in any respect except by writing, duly executed by all of the parties or their authorized representatives.

14. The parties agree that, should any dispute arise with respect to the implementation of the terms of this Agreement, Plaintiff shall not seek to rescind the Agreement and pursue his original causes of action. Plaintiff's sole remedy in such a dispute is an action to enforce the Agreement in district court. The parties agree that the district court will retain jurisdiction over this matter for the purposes of resolving any dispute alleging a breach of this Agreement.

//
//
//
//
//
//
//
//

STIPULATION RE SETTLEMENT; [PROPOSED] ORDER
Case No. C 03-03262 PVT

15. This settlement agreement may be signed in counterparts.

DATED: November 1, 2005

KEVIN V. RYAN
United States Attorney

/s/ Claire T. Cormier
CLAIRE T. CORMIER
Assistant United States Attorney
Attorneys for United States of America

DATED: November 2, 2005

/s/ Joseph R. Doyle
JOSEPH R. DOYLE
Attorney, United States Postal Service

DATED: October 31, 2005

COMSTOCK, THOMPSON, KONTZ & BRENNER

/s/ Nathan C. Benjamin
NATHAN C. BENJAMIN
Attorneys for Plaintiff

DATED: October 31, 2005

/s/ Thomas Bargetto
THOMAS BARGETTO
Plaintiff

## [PROPOSED] ORDER

Pursuant to the parties' stipulation of settlement, IT IS SO ORDERED.

Dated: 11/7/05

Patricia V. Trumbull
PATRICIA V. TRUMBULL
United States Chief Magistrate Judge

STIPULATION RE SETTLEMENT; [PROPOSED] ORDER
Case No. C 03-03262 PVT